## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY ALLEN JOHNSON** | ) |
| Petitioner, | ) |
| v. | )   **CIVIL ACTION NO. 06-00740-KD-B** |
| **RALPH HOOKS,** | ) |
| Respondent. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that petitioner's petition for habeas corpus relief is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

DONE this 4th day of June, 2009.

                                              **s/Kristi K. DuBose**
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATE DISTRICT JUDGE**